UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00097

**Danny Mladan,**
*Plaintiff,*

v.

**Commissioner, SSA,**
*Defendant.*

## ORDER

Plaintiff filed the above-styled civil action pursuant to the Social Security Act, Section 205(g), for judicial review of the Commissioner's denial of his application for Social Security benefits. Doc. 1. The case was referred to United States Magistrate Judge John D. Love, who issued a report recommending that the decision of the Commissioner be reversed and that this case be remanded to the Commissioner of the Social Security Administration for further proceedings consistent with the opinion of the court. Doc. 19.

Neither party has filed objections to the magistrate judge's report and recommendation in the allotted timeframe. The court therefore reviews the magistrate judge's findings for clear error or abuse of discretion and reviews his legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court **accepts** its findings and recommendation. The decision of the Commissioner is **reversed,** and this case is **remanded** to the Commissioner of the Social Security Administration for proceedings consistent with the court's opinion.

*So ordered by the court on December 9, 2020.*

_____
J. CAMPBELL BARKER
United States District Judge